Peter Kent Lloyd Lofthus (Full Name)

_____ (Email Address)

6495 E. PAC. C ST HWY (Address Line 1) # 262

Long Beach, CA. 90803-4201 (Address Line 2)

(714) 262-6646 _____ (Phone Number)

Plaintiff in Pro Per

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Peter Kent Lloyd Lofthus and Family

Plaintiff,

vs.

Long Beach Veterans Hospital
Orange County Family Court
St. Josephs Catholic Hospital Orange CHOC
Hoag Hospital Newport Beach et. al.

Defendant(s).

SACV16. - **01482** - VBF (AGR)

Case No.:

(To be supplied by the Clerk)

**Civil Rights Complaint Pursuant to 42 U.S.C. § 1983 (non-prisoners)**

**Jury Trial Demanded:** ☒ Yes ☐ No

(*All paragraphs and pages must be numbered.*)

## I. JURISDICTION

1. This court has jurisdiction under 28 U.S.C. § 1331 and 28 U.S.C. § 1343. Federal question jurisdiction arises pursuant to 42 U.S.C. § 1983.

## II. VENUE

2. Venue is proper pursuant to 28 U.S.C. § 1391 because Los Angeles and Orange Counties are Southern Republic of California

Form prepared by Public Counsel.
© 2010, 2013 Public Counsel.
All rights reserved.
Revised: August 2013

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

## III. PARTIES

3.    Plaintiff _Peter Kent Lloyd Lofthus_ resides at:
*(your full name)*

_6475 E. PAC CST HWY, #262_

_LONG BEACH, CA 90803-4201_
*(your address)*

*(You should specifically identify each Defendant you intend to sue in a separate, numbered paragraph.)*

(L.A.)                                    (CHOC)/(HOAG)

4. Defendant _Long Beach Veterans A., St. Joseph Catholic, HOAG_ works at
*(full name of Defendant)*

_Presbeterian Hospitals, and Orange County Family Court, et al,_
*(Defendant's place of work)*

Defendant's title or position is _et. al. Trafficing Long Beach Vetrans Hospital_
*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity                    ☒ official capacity

This Defendant was acting under color of law because: _Penal Code Section_
_236-237 California Processes In place permit severe form_
_of trafficking: Section 7102 (8) of Title 22 of U.S. Code_

5. Defendant _St. Joseph Catholic Hospital et. al._ works at
*(full name of Defendant)*

_City of Orange, CA._
*(Defendant's place of work)*

Defendant's title or position is _et. al. (pending discovery process)_
*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity                    ☐ official capacity

This Defendant was acting under color of law because: _Penal Code Section_
_236-237 California Processes in place permit severe_
_form of trafficking: Section 7102 (8) of Title 22 of U.S. Code_

_____
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

___. Defendant HOAG Presbeterian Hospitals works at

Insert ¶ #          (full name of Defendant)

(C.M.) Newport Beach, CA .

(Defendant's place of work)

Defendant's title or position is et. al. .

(Defendant's title or position at place of work)

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ☐ official capacity

This Defendant was acting under color of law because Penal Code Section 236-237 California Processes in place permit severe form of trafficing: Section )162 (8) of Title 22 of U.S. Code

___. Defendant Orange County (L.A) Family Court et. al. works at

Insert ¶ #          (full name of Defendant)

Orange, CA. .

(Defendant's place of work)

Defendant's title or position is et. al. .

(Defendant's title or position at place of work)

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ☐ official capacity

This Defendant was acting under color of law because Penal Code Section 236-237 California Processes in place permit severe form of trafficing: Section )102 (8) of title 22 of U.S. Code

_____

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

## IV. STATEMENT OF FACTS

*(Explain what happened in your own words. You do not have to cite legal authority in this section. Be specific about names, dates, and places. Explain what each Defendant did. Remember to number every paragraph.)*

*Insert ¶ #*

§5150] in direct violation of Penal Codes 236-237 False imprisonment, 236.1(h)(1) "Coercion" with controlled substance's ... to impair the person's judgement, (3) force, fear, fraud, deceit, coercion, violence, duress, menace, or threat or unlawful injury to the victim or to another person, or under circumstances where the person's recieving or apprehending the threat reasonably believes that it is likely that the person making the threat

*Insert ¶ #*

would carry it out. (4) "Duress" includes a direct or implied threat of force, violence, danger, hardship, or retribution sufficient to cause a reasonable person to acquiece in or perform an act which he or she would otherwise not have submitted to or performed...

*Insert ¶ #*

_____
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

## V. CLAIMS

### Claim #1

____.    Plaintiff realleges and incorporates by reference all of the paragraphs above.
Insert ¶ #

____.    Plaintiff has a claim under 42 U.S.C. §1983 for violation of the following
Insert ¶ #    federal constitutional or statutory civil right:

Section 7102 (8) of title 22 of United States Code
SCR-35 Anti-Semitism (2015-2016) chap. 29 7/22/15

____.    The above civil right was violated by the following Defendants:
Insert ¶ #
Long Beach Veterans Administration Hospital et. al.
Orange County Family Court et. al.
St. Joseph / Hoag Hospitals

*(You may list facts supporting your claim. Be specific about how each Defendant violated this particular civil right.)*

____.
Insert ¶ #
Fulerton Hall of Records forged birth certificate of Our daughter, O.C.
family court authorized major surgury for son under 2 years old and
then taking custody from father Domicile L.A. since birth,
false arressts imprissonment hospital or jail drugs or none,
haunting letters threats from O.C. Family Court et. al.
who refused pro se representations/ also did not appreciate
Our son was circumcised, O.C.F.C.

____.    As a result of the Defendant's violation of the above civil right, Plaintiff
Insert ¶ #    was harmed in the following way:

Family separated, constant attack on financial
retirement, orchestrated arrests for no reason, charger
vague non-existert, criminal/ non-record DMV fluctuate

_____
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

# Claim #( )

*(insert Claim#)*

___.    Plaintiff realleges and incorporates by reference all of the paragraphs above.

*Insert ¶ #*

*(List any other legal claim you have that is related to your civil rights claim.)*

_____.    _____

*Insert ¶ #*

_____

_____

_____

_____

_____

___.    Plaintiff alleges the above claim against the following Defendant(s):

*Insert ¶ #*

_____

_____

_____

*(You may list facts supporting your claim. Be specific about how each Defendant
violated the rights giving rise to this claim.)*

_____.    _____

*Insert ¶ #*

_____

_____

_____

_____

_____

___.    As a result of the Defendant's violation of the rights giving rise to this

*Insert ¶ #* claim, Plaintiff was harmed in the following way:

_____

_____

_____

_____
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

_____._____
*Insert ¶ #*

_____._____
*Insert ¶ #*

_____._____
*Insert ¶ #*

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

# VI. REQUEST FOR RELIEF

WHEREFORE, the Plaintiff requests:

*Insert ¶ #*

Psychological Remedy for Wife

Unitification of Family

Financial Retirement un-obstructed

*Insert ¶ #*

*Insert ¶ #*

*Insert ¶ #*

Dated: 8-10-16

Sign: *Peter Kent Lloyd Lofthus*

Print Name: *Peter Kent Lloyd Lofthus*

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

## DEMAND FOR JURY TRIAL

Plaintiff hereby requests a jury trial on all issues raised in this complaint.

Dated: _8-10-16_

Sign: _Peter Kent Floyd Globe_

Print Name: _Peter Kent Lloyd Lofthus_

---

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983