# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **PETER KENT LLOYD LOFTHUS AND FAMILY,** | No. SA CV 16-01482-VBF-AGR |
| Plaintiffs, | **FINAL JUDGMENT** |
| v. | |
| LONG BEACH VETERANS, ORANGE COUNTY FAMILY COURT, SAINT JOSEPH'S CATHOLIC HOSPITAL, and ORANGE HOAG HOSPITAL NEWPORT BEACH, | |
| Defendants | |

Pursuant to this Court's contemporaneously issued Order Dismissing the Action With Prejudice for Lack of Merit and for Lack of Prosecution, Directing the Entry of Separate Final Judgment, and Closing and Terminating the Case, **final judgment is hereby entered in favor of all the defendants and against all the plaintiffs.**

DATED:  Wednesday, January 11, 2017

*Valerie Baker Fairbank*

_____
VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE